# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KAREN GUIDROZ AND GERALD
GUIDROZ

NO.   2020 CW 1335

VERSUS

BRITTANY QUINELLE GEORGE,
N.P.

**FEB 1 8 2021**

---

In Re:   The  Neuromedical  Center,  A.P.M.C.,  applying  for
supervisory  writs,  19th  Judicial  District  Court,
Parish of East Baton Rouge, No. 661160.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**

**Chutz, J.,** dissents and would issue a briefing schedule
pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

a.Sm

---
DEPUTY CLERK OF COURT
FOR THE COURT